APPEALS. Ct. App. D. C. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–214. WALTERS, ADMINISTRATOR OF VETERAN'S AFFAIRS, ET AL. *v.* NATIONAL ASSOCIATION OF RADIATION SURVIVORS ET AL. D. C. N. D. Cal. Motion to vacate the stay entered by JUSTICE REHNQUIST on September 27, 1984 [468 U. S. 1323], denied. JUSTICE STEVENS would grant the motion.

No. D–444. IN RE DISBARMENT OF SHERR. Disbarment entered. [For earlier order herein, see 468 U. S. 1223.]

No. 82–1922. SOUTHERN MOTOR CARRIERS RATE CONFERENCE, INC., ET AL. *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 467 U. S. 1240.] Motion of National Industrial Transportation League for leave to file a brief as *amicus curiae* granted.

No. 83–703. FLORIDA POWER & LIGHT CO. *v.* LORION, DBA CENTER FOR NUCLEAR RESPONSIBILITY, ET AL.; and
No. 83–1031. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* LORION ET AL. C. A. D. C. Cir. [Certiorari granted, 466 U. S. 903.] Motion of the Solicitor General to permit Charles A. Rothfeld, Esquire, to present oral argument *pro hac vice* granted.

No. 83–1020. OHIO *v.* KOVACS, DBA B & W ENTERPRISES ET AL. C. A. 6th Cir. [Certiorari granted, 465 U. S. 1078.] Motion of Thomas J. O'Neill, Trustee in Bankruptcy of Quanta Resources Corp., Debtor, for leave to file a brief as *amicus curiae* out of time denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 83–1035. TENNESSEE *v.* GARNER ET AL. C. A. 6th Cir. [Probable jurisdiction noted, 465 U. S. 1098]; and
No. 83–1070. MEMPHIS POLICE DEPARTMENT ET AL. *v.* GARNER ET AL. C. A. 6th Cir. [Certiorari granted, 465 U. S. 1098.] Motion of appellant in No. 83–1035 and petitioners in No. 83–1070 for divided argument granted.

No. 83–1097. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* TURNER ET AL. C. A. 9th Cir. [Certiorari granted, 465 U. S. 1064.] Motion of state respondents for leave to file reply brief in support of petitioner denied.